UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                          Case No. 21-13599-AJC
Tomas Fernandez

    Debtor(s).                                               Chapter 7
_____/

## MOTION OF VOLUNTARY DISMISSAL OF CHAPTER 7 BANKRUPTCY AND CERTIFICATE OF SERVICE

**COMES NOW,** the Debtor, Tomas Fernandez, by and through the undersigned counsel and files this Motion of Voluntary Dismissal and states as follows:

1. On or about April 16, 2021, the Debtor filed a Voluntary Petition for Bankruptcy relief under Chapter 7 of Title 11 of the United States Code.

2. At this time, the Debtor wishes to voluntarily dismiss his Chapter 7 Bankruptcy.

3. The trustee has no objection to the voluntary dismissal of this case.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Maria Yip Trustee, and via regular mail to all parties on the service list on July 13, 2021.

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor(s)
    355 West 49th Street
    Hialeah, FL 33012
    Tel. (305) 687-8008

    By:*/s/ Robert Sanchez*_____
      Robert Sanchez, Esq., FBN# 0442161