UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Tomas Fernandez             Case No. 21-13599-AJC-

    Debtor(s).                    Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion of Voluntary Dismissal of Chapter 7 Bankruptcy and Notice of Hearing was sent to all parties on the attached service list on July 13, 2021.

Electronically: Maria Yip, Trustee

First Class Mail:

Debtor(s), Tomas Fernandez
29725 SW 154th Court
Homestead, FL 33033-3576

All Creditors on the Matrix

                            Respectfully Submitted:

                            **ROBERT SANCHEZ, P.A.**
                            Attorney for Debtor
                            355 West 49th Street
                            Hialeah, FL 33012
                            Tel. 305-687-8008

                            By:*/s/ Robert Sanchez*_____
                            Robert Sanchez, Esq., FBN#0442161